NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-2807
_____

W.R. GRACE & CO., et al, Debtors
Garlock Sealing Technologies, LLC,

Appellant

_____

On Appeal from the United States District Court
for the District of Delaware
(D.C. No. 11-cv-00199)
District Judge: Hon. Ronald L. Buckwalter
_____

ORDER AMENDING OPINION

The opinion filed on July 24, 2013, incorrectly included Ann C. Cordo, Esq. of Morris, Nichols, Arsht & Tunnell as counsel for W.R. Grace. The opinion is hereby amended deleting Ms. Cordo in the listing of counsel for W.R. Grace.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date: July 24, 2013
PDB/cc: All Counsel of Record